

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CASA PALMIRA, L.P., | § | No. 08-18-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| TAYLOR CHILD CARE, L.P. A/K/A | § | of El Paso County, Texas |
| TAYLOR CHILD CARE, LIMITED, AND MICHAEL W. HICKS, | § | (TC# 2015DCV1729) |
| Appellees. | § | |
| | § | |

**O RDER**

Pending before the Court is Appellees' motion to modify deadline. The motion is GRANTED.

It is therefore ORDERED that the deadline for the trial court to file its written findings of fact and conclusions of law with the El Paso District Clerk is extended to August 10, 2018. The El Paso District Clerk is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before August 20, 2018

IT IS SO ORDERED this 31st day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.